DURALITE COMPANY, INC. v. NEW YORK, SUSQUEHANNA & WESTERN RAILROAD CO., *ET AL.*

June 30, 1972. Petition for certification denied.

ANN FARINO, *ET AL.* v. DOROTHY STEWART, *ET AL.*

June 30, 1972. Petition for certification denied.

TOWNSHIP OF DOVER v. JOSEPH YABLONICKY.

June 30, 1972. Petition for certification denied.

TED MIL, INC. v.
RICHARD C. MCDONOUGH, DIRECTOR, *ETC.*

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE NEGLIA.

June 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT J. WALL.

June 30, 1972. Petition for certification denied.